# In the United States Court of Federal Claims

No. 03-287C

Filed: January 12, 2007

************************************

ASSET 42302 LLC,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

************************************

## ORDER

Pursuant to the January 10, 2007 telephone status conference, this case is stayed for 10 days, through January 19, 2007, at the request of the parties to allow consideration of the Contracting Officer's January 5, 2007 decision regarding Plaintiff's revised claim and impact on the procedural status of this case.

If Plaintiff chooses to amend, Plaintiff will file a Third Amended Complaint by January 22, 2007.

The Government will file an Answer by February 6, 2007.

Plaintiff will supplement the October 26, 2006 Motion for Summary Judgment by February 16, 2007. Any Response and Reply to Plaintiff's Supplemented Motion for Summary Judgment will be controlled by Rule 7.2(c) of the Rules of the United States Court of Federal Claims.

**IT IS SO ORDERED.**

s/ Susan Braden

**SUSAN G. BRADEN**
**Judge**