# AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK )
) ss.:
COUNTY OF NASSAU )

CHRISTINE CADAVID**,** being duly sworn, deposes and says, that deponent is not a party to this action, is over 18 years of age and resides at Queens, New York.

That on January 22, 2007 served the within **THIRD AMENDED COMPLAINT** by mailing the same in a properly addressed, sealed envelope, with postage prepaid thereon, in an official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s):

TO: Peter D. Kiesler
Assistant Attorney General
c/o Michael Francis Keily, Esq.
Commercial and Appellate Litigation
Law Department
475 L'Enfant Plaza, SW
Room 6523
Washington, DC 20260-1127

__________/s/____________________
CHRISTINE CADAVID

Sworn to before me this
22nd day of January, 2007

_______/s/__________________
NOTARY PUBLIC

Maryellen Boyle
Notary Public, State aof New York
No. 01BO5043092
Qualified in Queens County
Commission Expires May 1, 2007