**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ASSET 42302 LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 03-287C** |
| **v.** | ) | |
| | ) | **(Judge Braden)** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S OUT-OF-TIME MOTION FOR AN ENLARGEMENT OF TIME TO FILE ITS RESPONSE TO THE THIRD AMENDED COMPLAINT**

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, defendant respectfully requests out of time an enlargement of time of one day, to and including February 7, 2007, for the defendant to file its response to the third amended complaint. Pursuant to the Court's scheduling order, dated January 12, 2007, defendant's response was due on Tuesday, February 6, 2007. Defendant's counsel twice attempted to contact plaintiff's counsel by telephone, but was unable to reach him. This is defendant's first request for an enlargement of time for this purpose.

This request for an enlargement of time is necessary because, as defendant's counsel was finalizing defendant's response to the complaint on the due date of February 6, 2007, he had to suddenly leave his office in mid-morning in order to retrieve his sick child from kindergarten, and was unable to return to his office for the balance of the day. Defendant has finished its response to the third amended complaint and is filing it simultaneously with this motion.

Therefore, defendant believes that it has demonstrated good cause why this out-of-time request for an enlargement of time for the defendant to file its response to the third amended complaint should be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

THOMAS J. MARSHALL
Managing Counsel
Civil Practice Section
United States Postal Service

s/Michael Francis Kiely
MICHAEL FRANCIS KIELY
Civil Practice Section
Law Department
United States Postal Service
475 L'Enfant Plaza, S.W.
Room 6327
Washington, D.C. 20260-1127
(202) 268-4037

Date: February 7, 2007