# In the United States Court of Federal Claims

No. 03-287C
Filed: February 9, 2007

***********************************
*
ASSET 42302 LLC, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
***********************************

**ORDER**

Defendant's February 7, 2007 Out-of-Time Motion For an Enlargement of Time to File its Response to the Third Amended Complaint is, hereby, granted. Defendant may file its Response to Plaintiff's Third Amended Complaint on Wednesday, February 7, 2007.

**IT IS SO ORDERED.**

s/ Susan Braden
**SUSAN G. BRADEN**
**Judge**