**ASSET 42302, LLC**
**123 Grove Avenue, Suite 222**
**Cedarhurst, N.Y. 11516**
**516-295-7820**

October 19, 2006

G. A. Himes
Contracting Officer
United States Postal Service
62 Stratford Drive
Bloomingdale, IL 60117-700

Re: Former Brightmoor Station, Detroit MI 48223

Dear Mr. Himes:

I am an authorized principal on behalf of Asset 42302, LLC the former landlord of the Postal Service in connection with the above-referenced postal facility, and we hereby supplement a previously filed claim, pursuant to 41 U.S.C. §665, which is currently pending in the United States Court of Federal Claims, under Civil Action No. 03-287-C (SGB).

As you may recall, the subject of the previously submitted claim was damages arising from the Postal Service's failure to maintain the hot water boiler during the winter months, and water and ice damages that resulted when a pipe in the premise froze and burst. Also pending is a holdover claim arising form the fact that the Postal Service stipulated to terminate the lease effective November 30, 2000, but did not vacate until January 18, 2006. We have since been advised that our calculation of damages was based on an erroneous application of law.

The correct measure of property damages is the total cost of repairs caused by the frozen pipe which, as determined by insurance adjusters GAB Robbins, was $195,906.76, not $59,211.70 as previously submitted.

We also claim two months rent and municipal taxes for the two month holdover period during December, 2000 and January, 2001. Based on the monthly rent of $4,300, and taxes paid for these months in the amounts of $173,76 and $144.11, respectively, Asset requests payment for use and occupation in the amount of $8,917, for a total claim amount of $204,823.76, plus applicable interest.

Pursuant to 41 U.S.C. §665(c), I hereby certify that this claim is made in good faith, that the supporting data are accurate and complete to the best of my knowledge and belief, that the amount requested accurately reflects the contract adjustment for which Asset believes the government is liable, and that I am duly authorized to certify this claim on behalf of Asset.

Sincerely,

Joseph Nathanson