GREAT LAKES FACILITIES SERVICE OFFICE

UNITED STATES POSTAL SERVICE

January 5, 2007

Mr. Joseph Nathanson
Asset 42302, LLC
123 Grove Avenue, Suite 222
Cedarhurst, N. Y. 11516

BY FACSIMILE TRANSMISSION
(516-295-2004)

Dear Mr. Nathanson:

Re: Asset 42301, LLC V. United States, U.S. Court of Federal Appeals Claims No. 03-287C (Judge Braden)

This letter is in response to your claim, dated October 19, 2006, for $204,823.76 in connection with the above-captioned case. As a preliminary matter, I, as the Contracting Officer for the lease that is the subject of the above-captioned case, do not have jurisdiction to issue a final decision on that portion of your claim that is already pending at the Court of Federal Claims. Authority to settle that portion of your claim lies primarily with the Department of Justice, and, therefore, I shall not address it in this decision.

With regard to that part of your claim that you are making for the first time in your letter of October 19, 2006, i.e., that portion of the cost for repairs that was not included in your first claim, which I calculate to be $136,695.06, it is my understanding that Asset 42302 was compensated by its insurer for all but $1,000 of that loss, which amount you are already seeking in this case. While I am aware that an insured is generally not precluded from filing suit to recover for a loss where it has been made whole by its insurer, it is also my understanding that the insured must prosecute such an action for the use and benefit of the insurer. There is no indication in your claim that you are making this claim for the use and benefit of your insurer. Therefore, I am denying your claim in its entirety.

This is the final decision of the Contracting Officer pursuant to the Contract Disputes Act of 1978 and the clause of your contract entitled Claims and Disputes. You may appeal this decision to the Postal Service Board of Contract Appeals by mailing or otherwise furnishing written notice (preferably in triplicate) to the Contracting Officer within 90 days from the date you received this decision. The notice should identify the contract by number, reference this decision, and indicate that an appeal is intended. Alternatively,

62 STRATFORD DR
BLOOMINGDALE, IL 60117-7000
TEL: 630-295-6200
FAX: 630-295-6262
WWW.USPS.COM

you may bring an action directly in the United States Court of Federal Claims within 12 months from the date you received this decision.

Sincerely,

Bradford W. Meador CPM, SRA
Manager, Real Estate