# AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK )
) ss.:
COUNTY OF NASSAU )

BETTY M. VALENTINE**,** being duly sworn, deposes and says, that deponent is not a party to this action, is over 18 years of age and resides at Garden City South, New York.

That on February 16, 2007 served the within **SUPPLEMENTAL DECLARATION OF ROBERT J. HOWARD IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** by mailing the same in a properly addressed, sealed envelope, with postage prepaid thereon, in an official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s):

TO: Peter D. Kiesler
Assistant Attorney General
c/o Michael Francis Keily, Esq.
Commercial and Appellate Litigation
Law Department
475 L'Enfant Plaza, SW
Room 6523
Washington, DC 20260-1127

__________/s/____________________
Betty M. Valentine

Sworn to before me this
16th day of February, 2007

_______/s/__________________
NOTARY PUBLIC

Maryellen Boyle
Notary Public, State aof New York
No. 01BO5043092
Qualified in Queens County
Commission Expires May 1, 2007