**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ASSET 42302 LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 03-287C** |
| **v.** | ) | **(Judge Braden)** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND <u>TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT</u>**

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant respectfully requests an enlargement of time of three days, to and including Monday, March 19, 2007, for defendant to file its response to plaintiff's motion for summary judgment. Defendant's response is due on Friday, March 16, 2007. Plaintiff's counsel has indicated that plaintiff consents to this motion which is defendant's first request for an enlargement of time for this purpose.

This request for an enlargement of time is necessary because, within the time prescribed by the RCFC for defendant's response to plaintiff's motion for summary judgment, defendant's counsel unexpectedly lost several days of productive work (March 7 and March 9, 2007) due to an intermittently sick child In addition, defendant's counsel was required to devote a greater than anticipated amount of time to working on a bid protest, *M&A Technology, Inc. v. United States*, Fed. Cl. No. 07-16C, which was not resolved until March 14, 2007. With the benefit of the requested enlargement, defendant expects that its response to plaintiff's motion for summary judgment will be ready for filing on Monday, March 19, 2007.

Therefore, defendant believes that it has demonstrated good cause why this request for an enlargement of time for the defendant to file its response to plaintiff's motion for summary judgment should be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

THOMAS J. MARSHALL
Managing Counsel
Civil Practice Section
United States Postal Service

s/Michael Francis Kiely
MICHAEL FRANCIS KIELY
Civil Practice Section
Law Department
United States Postal Service
475 L'Enfant Plaza, S.W.
Room 6327
Washington, D.C. 20260-1127
(202) 268-4037

Date: March 16, 2007