# In the United States Court of Federal Claims

No. 03-287C
Filed: March 20, 2007

************************************

ASSET 42302 LLC,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

************************************

**ORDER**

Defendant's March 16, 2007 Unopposed Motion For an Enlargement of Time to File its Response to Plaintiff's October 26, 2006 Motion for Summary Judgment, as supplemented on February 16, 2007, is, hereby, granted. Defendant may file a Response by Monday, March 19, 2007.

**IT IS SO ORDERED.**

s/ Susan Braden
**SUSAN G. BRADEN**
**Judge**