# In the United States Court of Federal Claims

No. 03-287C
Filed: March 20, 2007

***********************************
ASSET 42302 LLC, *

Plaintiff, *

v. *

THE UNITED STATES, *

Defendant. *
***********************************

**ORDER**

The clerk of the court has indicated that Plaintiff's counsel does not have a CM/ECF account. Plaintiff is directed to comply with the December 15, 2006 Notice of Designation of Electronic Case.

**IT IS SO ORDERED.**

s/ Susan Braden
**SUSAN G. BRADEN**
**Judge**