# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ASSET 42302 LLC, Plaintiff, v. UNITED STATES OF AMERICA, Defendant. | ) | **Civil Action. No. 03-287-C (SGB)** |

## DECLARATION IN SUPPORT OF UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME IN WHICH TO FILE REPLY AND OPPOSITION TO GOVERNMENT'S CROSS-MOTION FOR SUMMARY JUDGMENT

ROBERT J. HOWARD, an attorney duly admitted to practice before the Court of Federal Claims, hereby declares pursuant to 28 U.S.C. §1746, as follows:

1. I am an associate of the firm of Rosenberg Calica & Birney LLP, attorneys for the plaintiff, Asset 042302 LLC ("Plaintiff"), and I submit this declaration in support of the instant application to enlarge the time in which to file a reply to plaintiff's motion for summary judgment and oppose the government's cross-motion for summary judgment for 14 days, from Thursday, April 19, 2007 to Thursday, May 3, 2007. The Postal Service's attorney, Michael F. Kieley, fully consents to this request, and this is the first request for an enlargement in this regard.

2. This request for enlargement became necessary due the complexities of the legal issues raised in the government's cross-motion, prior obligations of counsel, and the intervening Passover holiday. Counsel fully expects that no further enactments will be necessary.

3. Accordingly, we respectfully request that this unopposed request for a 14 day enlargement be granted.

Dated: Garden City, New York
April 19, 2007

Respectfully submitted,

/s/ Robert J. Howard /s/

Robert J. Howard
ROSENBERG CALICA & BIRNEY LLP
*Attorneys for plaintiff*
100 Garden City Plaza - Suite 408
Garden City, New York 11530
(516) 747-7400

G:\Spodek\ASSET LLC\Legal\Declaration_enlarge_XMSH 041907.wpd

# CERTIFICATE OF SERVICE

I, Betty M. Valentine, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of the **DECLARATION IN SUPPORT OF UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME IN WHICH TO FILE REPLY AND OPPOSITION TO GOVERNMENT'S CROSS-MOTION FOR SUMMARY JUDGMENT**, was made April 19, 2007 by mailing the same in a properly addressed, sealed envelope, with postage prepaid thereon, in an official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s):

TO: Michael Francis Kiely, Esq.
United States Postal Service - Law Department
475 L'Enfant Plaza, SW
Room 6523
Washington, DC 20260-1127

Under penalty of perjury, I declare that the foregoing is true and correct.

April 19, 2007
Date

/s/ Betty M. Valentine /s/
Signature

| | |
|---|---|
| Print Name | Betty M. Valentine<br>ROSENBERG CALICA & BIRNEY LLP |
| Business Address | 100 Garden City Plaza<br>Suite 408 |
| City State Zip | Garden City, New York 11530 |