# CERTIFICATE OF SERVICE

I, Betty M. Valentine, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of the **DECLARATION IN SUPPORT OF UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME IN WHICH TO FILE REPLY AND OPPOSITION TO GOVERNMENT'S CROSS-MOTION FOR SUMMARY JUDGMENT**, was made April 19, 2007 by mailing the same in a properly addressed, sealed envelope, with postage prepaid thereon, in an official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s):

TO: Michael Francis Kiely, Esq.
United States Postal Service - Law Department
475 L'Enfant Plaza, SW
Room 6523
Washington, DC 20260-1127

Under penalty of perjury, I declare that the foregoing is true and correct.

April 19, 2007 — Date

/s/ Betty M. Valentine /s/ — Signature

| | |
|---|---|
| Print Name | Betty M. Valentine<br>ROSENBERG CALICA & BIRNEY LLP |
| Business Address | 100 Garden City Plaza<br>Suite 408 |
| City State Zip | Garden City, New York 11530 |