# In the United States Court of Federal Claims

No. 03-287C
Filed: April 23, 2007

| | |
|---|---|
| ASSET 42302 LLC, | |
| Plaintiff, | |
| v. | |
| THE UNITED STATES, | |
| Defendant. | |

**ORDER**

Plaintiff's April 19, 2007 Unopposed Motion For an Enlargement of Time to File a Reply and Opposition to the Government's March 19, 2007 Response and Cross-Motion for Summary Judgment is, hereby, granted. Plaintiff may file a Reply and Opposition by Thursday, May 3, 2007.

**IT IS SO ORDERED.**

s/ Susan Braden
**SUSAN G. BRADEN**
**Judge**