# CERTIFICATE OF SERVICE

I, Betty M. Valentine, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of the **PLAINTIFF'S RESPONSE TO DEFENDANT'S PROPOSED FINDINGS OF UNCONTROVERTED FACT**, was made May 3, 2007 by

Mail service: Federal Express, priority overnight, fully pre-paid, addressed to:

TO: Michael Francis Kiely, Esq.
United States Postal Service - Law Department
475 L'Enfant Plaza, SW
Room 6523
Washington, DC 20260-1127

Under penalty of perjury, I declare that the foregoing is true and correct.

May 3, 2007 — Date

/s/ — Signature

| | |
|---|---|
| Print Name | Betty M. Valentine<br>ROSENBERG CALICA & BIRNEY LLP |
| Business Address | 100 Garden City Plaza<br>Suite 408 |
| City State Zip | Garden City, New York 11530 |