**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ASSET 42302 LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 03-287C** |
| v. | ) | **(Judge Braden)** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE ITS REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, defendant respectfully requests an enlargement of time of seven days, to and including May 24, 2007, for defendant to file its reply to plaintiff's opposition to defendant's cross-motion for summary judgment. Defendant's reply is due on Thursday, May 17, 2007. Plaintiff's counsel has indicated that plaintiff consents to this motion, which is defendant's first request for an enlargement of time for this purpose.

This request for an enlargement of time is necessary because in the two weeks since receipt of plaintiff's opposition, defendant's counsel, in response to a discovery request in *Jennings Transmission Service of Goldsboro, Inc., v. United States et al.*, Fed. Cl. No. 05-1209C, has had to devote almost all of his time to coordinating the receipt of voluminous documents, both electronically and by hard copy, from over 200 United States Postal Service vehicle maintenance facilities nationwide. This exercise is now substantially completed, and, therefore, counsel should have adequate time before May 24, 2007, to prepare defendant's reply. In addition, an enlargement is necessary because defendant's counsel must travel to Boston, Massachusetts, on May 16-17, 2007, for the deposition of plaintiff's expert witness in *Sullivan v.*

*United States*, Fed. Cl. No. 99-754C.

Therefore, defendant believes that it has demonstrated good cause why the Court should grant this unopposed request for an enlargement of time for the defendant to file its reply to plaintiff's opposition to defendant's cross-motion for summary judgment.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

THOMAS J. MARSHALL
Managing Counsel
Civil Practice Section
United States Postal Service

s/Michael Francis Kiely
MICHAEL FRANCIS KIELY
Civil Practice Section
Law Department
United States Postal Service
475 L'Enfant Plaza, S.W.
Room 6327
Washington, D.C. 20260-1127
(202) 268-4037

Date: May 15, 2007