# In the United States Court of Federal Claims

No. 03-287C

Filed: May 17, 2007

```
***********************************
                                  *
ASSET 42302 LLC,                  *
                                  *
          Plaintiff,              *
                                  *
v.                                *
                                  *
THE UNITED STATES,                *
                                  *
          Defendant.              *
                                  *
***********************************
```

**ORDER**

The Government's May 15, 2007 Unopposed Motion For an Enlargement of Time to File a Reply to Plaintiff's May 3, 2007 Opposition to the Government's March 19, 2007 Cross-Motion for Summary Judgment is, hereby, granted. The Government may file a Reply on or before May 24, 2007.

**IT IS SO ORDERED.**

s/ Susan Braden

**SUSAN G. BRADEN**
**Judge**