**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ASSET 42302 LLC,** <br><br> **Plaintiff,** <br><br> v. <br><br> **THE UNITED STATES,** <br><br> **Defendant.** | ) | **No. 03-287C** <br> **(Judge Braden)** |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE ITS REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, defendant respectfully requests an enlargement of time of one day, to and including May 25, 2007, for defendant to file its reply to plaintiff's opposition to defendant's cross-motion for summary judgment. Defendant's reply is due on Thursday, May 24, 2007. Plaintiff's counsel has indicated that plaintiff consents to this motion, which is defendant's second request for an enlargement of time for this purpose. Previously defendant received an enlargement of time of seven days for this purpose.

This request for an enlargement of time is necessary because on Thursday, May 24, 2007, defendant's counsel was diverted from his office for almost the entire day due to unanticipated motor vehicle problems. Those problems should be resolved by the close of business on May, 24, 2007, and counsel expects to file defendant's reply on Friday, May 25, 2007.

Therefore, defendant believes that it has demonstrated good cause why the Court should grant this unopposed request for an enlargement of time for the defendant to file its reply to plaintiff's opposition to defendant's cross-motion for summary judgment.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

THOMAS J. MARSHALL
Managing Counsel
Civil Practice Section
United States Postal Service

s/Michael Francis Kiely
MICHAEL FRANCIS KIELY
Civil Practice Section
Law Department
United States Postal Service
475 L'Enfant Plaza, S.W.
Room 6327
Washington, D.C. 20260-1127
(202) 268-4037

Date: May 24, 2007