# In the United States Court of Federal Claims

No. 03-287C
Filed: May 29, 2007

***********************************
*
ASSET 42302 LLC, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
***********************************

**ORDER**

The Government's May 24, 2007 Unopposed Motion For an Enlargement of Time to File a Reply to Plaintiff's May 3, 2007 Opposition to the Government's March 19, 2007 Cross-Motion for Summary Judgment is, hereby, granted. The Government may file a Reply on or before May 25, 2007.

**IT IS SO ORDERED.**

s/ Susan Braden
**SUSAN G. BRADEN**
**Judge**