# In the United States Court of Federal Claims

**No. 03-287 C**

**ASSET 42302 LLC,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Published Opinion and Order,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the judgment is entered in favor of defendant.

Brian Bishop
Clerk of Court

**July 27, 2007** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.